Anet Drapalski (SBN 282086)
   E-Mail: adrapalski@fisherphillips.com
Virginia Wong (SBN 334696)
   E-Mail: vwong@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Attorneys for Defendant
WAYFAIR LLC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE COURTHOUSE

| | |
|---|---|
| VICENTE MARTIN ANGULO SANTILLANO, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>WAYFAIR LLC, a Delaware Corporation, and DOES 1 through 20, Inclusive,<br><br>    Defendant. | CASE NO.: 5:25-cv-02984-SSS(DTBx)<br><br>*[Assigned for all purposed to Hon. Sunshine Suzanne Sykes]*<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER RE: JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Filed: June 11, 2025<br>Trial Date: Not Scheduled |

1  PLEASE TAKE NOTICE that Defendant WAYFAIR LLC, hereby lodges with the
2  Court the following document:
3  [Proposed] Order Re: Joint Stipulation to Extend Time to Respond to Initial
4  Complaint.

5  Dated: December 2, 2025         Respectfully submitted,

6                                  FISHER & PHILLIPS LLP

8                            By: */s/ Virginia Wong*
                                 Anet Drapalski
9                                Virginia Wong
                                 Attorneys for Defendant
10                               WAYFAIR LLC

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the within action. I am employed with the law offices of Fisher & Phillips LLP and its business address is 444 South Flower Street, Suite 1500, Los Angeles, California 90071.

On December 2, 2025, I served the following document entitled **NOTICE OF LODGING OF *PROPOSED* ORDER RE: JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** on all the appearing and/or interested parties in this action as follows:

| | |
|---|---|
| Jacob Nalbandyan<br>Charlene Nercess<br>LEVIN & NALBANDYAN, LLP<br>11132 Ventura Blvd.<br>Los Angeles, CA 91604<br>Phone: (213) 232-4848<br>Fax: (213) 232-4849 | Attorney for Plaintiff,<br>***Vincente Martin Angulo Santillano***<br><br>Email: jnalbandyan@intriallawyers.com<br>cnercess@intriallawyers.com<br>cbautista@intriallawyers.com<br>tarias@intriallawyers.com |

☐ **[by MAIL]** – I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice the enclosed document(s) will be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by ELECTRONIC SERVICE]** - Pursuant to an agreement of the parties to accept service by electronic transmission, I electronically served the document(s) to the person(s) at the electronic service address(es) listed above.

I declare that I am employed in the office of a member of the State of California at whose direction the service was made.

Executed on December 2, 2025, at Los Angeles, California.

*/s/ Francine Stinnett*
Francine Stinnett